IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULEE Y. SCRUGGS, | Civil No. 06-6058-CL |
| Plaintiff, | PRODUCTION OF DOCUMENTS SUBSEQUENT TO IN CAMERA INSPECTION AND PROTECTIVE ORDER |
| v. | |
| JOSEPHINE COUNTY SHERIFF'S DEPARTMENT; et al., | |
| Defendants. | |

CLARKE, Magistrate Judge:

The Court has conducted an in camera inspection of documents responsive to plaintiff's motion to compel (#28), relating to the investigation of the incident involving Deputy Matiaco which occurred after plaintiff was discharged, ordered submitted to the Court for in camera review (#34). Based upon plaintiff's motion to compel, defendants' response to that motion, the pleadings, counsel's arguments, and the Court's in camera review, the Court finds that, under Federal Rules of Civil Procedure 26(b)(1), the submitted documents are relevant to the claim or defense of the parties and appear reasonably calculated to lead to the discovery of

admissible evidence.

IT IS HEREBY ORDERED that the submitted documents are disclosed ("Disclosed Documents"), subject to the following protective order:

The Clerk of the Court is directed to make available photocopies of the Disclosed Documents to plaintiff's counsel.  The Disclosed Documents may be obtained by counsel from the Clerk's Office in Medford.

IT IS FURTHER ORDERED that:

(1)  The Disclosed Documents shall not be further disclosed beyond this proceeding; and

(2)  Counsel for plaintiff shall not disclose the Disclosed Documents to any other person, without obtaining permission from the Court, except for plaintiff's attorneys and staff, experts hired by plaintiff, and plaintiff's witnesses at the proceeding.

IT IS FURTHER ORDERED that the materials submitted to the Court by defendants' counsel for in camera inspection are ordered sealed.  The Clerk is directed to seal these materials ("sealed materials"), in accordance with the following disclosure instructions.

The sealed materials shall only be disclosed by the Clerk as follows:

(a)  The sealed materials  shall be maintained in the Court file under seal and will not be available to any person;

PRODUCTION OF DOCUMENTS and PROTECTIVE ORDER - 2

(b) The Clerk shall exclude the sealed materials from the electronic docket as well as the public case files;

(c) At the conclusion of this litigation--which is defined to mean the final settlement of this proceeding, after the time for appeal of a judgment has expired, or after all appeals have been taken–any party may file and serve a motion to have the Clerk return the sealed materials.

IT IS SO ORDERED.

DATED this __25___ day of June, 2007.

_____/s/_____
UNITED STATES MAGISTRATE JUDGE

PRODUCTION OF DOCUMENTS and PROTECTIVE ORDER - 3